1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT FOR THE

9                                EASTERN DISTRICT OF CALIFORNIA

10  GRACE HARVEY,                          )    **Old Case No. 1:06cv0710 OWW DLB**
                                           )    **New Case No. 1:06cv0710 OWW LJO**
11                                         )
                                           )
12                                         )    ORDER DISQUALIFYING
                                           )    MAGISTRATE JUDGE
13              Plaintiff,                  )
                                           )
14        vs.                              )
                                           )
15  UNITED STATES POSTAL                   )
    SERVICE,                               )
16                                         )
                Defendant.                 )
17  _____)

18        Good cause appearing, the undersigned disqualifies himself from all proceedings of

19  the present action.  The Clerk of the Court has reassigned this action to the docket of a

20  different Magistrate Judge.  The new case number shall be **1:06cv0710 OWW LJO**.  All

21  future pleadings shall be so numbered.  Failure to use the correct case number may result in

22  delay in your documents being received by the correct judicial officer.

23        IT IS SO ORDERED.

24        **Dated:    June 13, 2006**              _____**/s/ Dennis L. Beck**_____
    3b142a                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28                                              1